```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>          Plaintiff,<br><br>     vs.<br><br>MMA ENTERPRISES INC., doing business as SILICON VALLEY MECHANICAL, a California corporation<br><br>          Defendant. | NO. C 07 0820 SC<br><br><u>NOTICE OF</u><br><u>VOLUNTARY DISMISSAL</u> |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for May 25, 2007 at 10:00 a.m. in Courtroom No. 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    April 18, 2007



                                        ERSKINE & TULLEY

                                        By:/s/Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On April 18, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**MMA Enterprises Inc., dba**
**Silicon Valley Mechanical**
**980 N. 11th Street**
**San Jose, CA 95112**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2007 at San Francisco, California.

                                              /s/Sharon Eastman
                                              Sharon Eastman